UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 13-cv-74-KSF

KEVIN STANCIL                                                                                           PLAINTIFF

v.                                             **JUDGMENT**

CAROLYN W. COLVIN,
Acting Commissioner of Social Security                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \*

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This April 8, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY